UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-60807-BLOOM/Reid

STEVEN COHN,

    Petitioner,

v.

DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon *pro se* Petitioner Steven Cohn's ("Petitioner") amended petition for habeas corpus, ECF No. [19] ("Amended Petition"), filed pursuant to 28 U.S.C. § 2254, which was previously referred to the Magistrate Judge for a Report and Recommendations ("R&R") on any dispositive matters. *See* ECF No. [2]. On September 4, 2019, Judge Reid issued a R&R recommending that the Amended Petition be denied, that a certificate of appealability be denied, and the case be closed. *See* ECF No. [31]. The R&R advised Petitioner that "[o]bjections to this report may be filed with the district judge within fourteen days of receipt of a copy of the report." *Id.* at 31. To date, Petitioner has filed no objections, nor has he sought additional time to file objections. The Court has nonetheless conducted a *de novo* review of Magistrate Judge Reid's R&R and the record, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Judge Reid's R&R to be well reasoned and correct. The Court agrees with the analysis in the R&R and concludes that Petitioner's Amended Petition must be denied for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Reid's R&R, **ECF No. [31]**, is **ADOPTED**;

2. Plaintiff's Amended Petition, **ECF No [19]**, is **DENIED**;

3. A certificate of Appealability is **DENIED**.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 27, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Steven Cohn, *pro se*
Y02525
South Bay Correctional Facility
Inmate Mail/Parcels
600 US Highway 27 South
South Bay, Florida 33493-2233